# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re:                                                §
                                                      §
DAVID P. MATICHAK                                     §     Case No. 10-41069
DIANE E. MATICHAK                                     §
                                                      §
                                                      §
                    Debtors                           §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 09/14/2010 . The undersigned trustee was appointed on 09/04/2013 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 905,000.00 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 393,322.27 |
| Bank service fees | | 1,351.56 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 15,000.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 495,326.17 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

   The remaining funds are available for distribution.

        5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

        6.  The deadline for filing non-governmental claims in this case was  01/10/2014  and the deadline for filing governmental claims was  01/10/2014 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

        7.  The Trustee's proposed distribution is attached as **Exhibit D**.

        8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 24,682.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

        The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 24,682.00 , for a total compensation of $ 24,682.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 226.64 , for total expenses of $ 226.64 [2].

        Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.


   Date: 11/17/2016                    By: /s/Peter N. Metrou, Trustee
                                              Trustee


**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit A

| Case No: | 10-41069 | BWB | Judge: | Bruce W. Black | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | DAVID P. MATICHAK | | | | Date Filed (f) or Converted (c): | 09/14/2010 (f) |
| | DIANE E. MATICHAK | | | | 341(a) Meeting Date: | 09/26/2013 |
| For Period Ending: | 11/17/2016 | | | | Claims Bar Date: | 01/10/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single-Family home located at 1212 Woodland Court, | 198,000.00 | 0.00 | | 0.00 | FA |
| 2. Used furniture located at 1212 Woodland Court, Jol | 400.00 | 0.00 | | 0.00 | FA |
| 3. Used clothing located at 1212 Woodland Court, Joli | 400.00 | 0.00 | | 0.00 | FA |
| 4. Illinois Workers Compensation Cause No. 10 WC 0343 | 7,500.00 | 0.00 | | 0.00 | FA |
| 5. 1999 Dodge Dakota regularly parked at 1212 Woodlan | 0.00 | 0.00 | | 0.00 | FA |
| 6. 2000 Lexus RX 300 regularly parked at 1212 Woodlan | 5,000.00 | 0.00 | | 0.00 | FA |
| 7. 2003 Ford F45 Utility Truck regularly parked at 12 | 6,000.00 | 0.00 | | 0.00 | FA |
| 8. Pending PI case (u) | Unknown | Unknown | | 905,000.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values) $217,300.00 $0.00 $905,000.00 $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Case re-opened soley for purpose of administering PI Case. Asset Notice filed 10-09-13. PI case pending with special counsel employed.

Initial Projected Date of Final Report (TFR): 12/31/2014   Current Projected Date of Final Report (TFR): 11/02/2016

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: 10-41069 | Trustee Name: | Peter N. Metrou, Trustee |
| Case Name: DAVID P. MATICHAK | Bank Name: | Associated Bank |
| DIANE E. MATICHAK | Account Number/CD#: | XXXXXX5595 |
| | | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX3603 | Blanket Bond (per case limit): | $1,000,000.00 |
| For Period Ending: 11/17/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/26/16 | 8 | Horwitz, Horwitz & Associates, Ltd. 25 East Washington Street, Ste 900 Chicago, IL 60602 | Proceeds from PI Case Settlement proceeds per court approval | 1242-000 | $135,000.00 | | $135,000.00 |
| 08/26/16 | 8 | Gallagher Bassett Services, Inc. One Penns Way New Castle, DE 19720 | Proceeds from PI Case Proceeds on PI settlement per court approval | 1142-000 | $25,000.00 | | $160,000.00 |
| 08/26/16 | 8 | Gallagher Bassett Services, Inc. One Penns Way New Castle, DE 19720 | Proceeds from PI Case Settlement proceeds on PI case approved by court | 1242-000 | $745,000.00 | | $905,000.00 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $86.78 | $904,913.22 |
| 09/21/16 | 8 | Gallagher Bassett Services, Inc. | Replacement check for settlement Replacement check for 0126654821 stopped payment by issuer | 1242-000 | $25,000.00 | | $929,913.22 |
| 09/21/16 | 8 | Gallagher Bassett Services, Inc. One Penns Way New Castle, DE 19720 | Proceeds from PI Case Reversal Issuer stopped payment -- to re-issue new check | 1142-000 | ($25,000.00) | | $904,913.22 |
| 09/21/16 | 5001 | Horwitz, Horwitz, and Associates, Ltd. 25 E. Washington Street Suite 900 Chicago, IL 60602 | Attorneys fees Paid per doc # 67 | 3210-000 | | $301,666.66 | $603,246.56 |
| 09/21/16 | 5002 | Horwitz, Horwitz, and Associates, Ltd. 25 E. Washington Street Suite 900 Chicago, IL 60602 | Attorneys Expenses Paid per doc # 67 Court Order | 3220-000 | | $91,655.61 | $511,590.95 |
| 09/21/16 | 5003 | David P. Matichak 1212 Woodland Court Joliet, IL 60436 | Debtor's Exemptions Personal Injury Exemption as amended by Debtor | 8100-002 | | $15,000.00 | $496,590.95 |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,264.78 | $495,326.17 |
| | | | COLUMN TOTALS | | $905,000.00 | $409,673.83 | |

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*    Page Subtotals:    $905,000.00    $409,673.83

Exhibit B

| | | |
|---|---:|---:|
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $905,000.00 | $409,673.83 |
| Less: Payments to Debtors | $0.00 | $15,000.00 |
| Net | $905,000.00 | $394,673.83 |

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5595 - Checking Account (Non-Interest Earn | $905,000.00 | $394,673.83 | $495,326.17 |
|  | $905,000.00 | $394,673.83 | $495,326.17 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $905,000.00 |
| Total Gross Receipts: | $905,000.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:10-41069-BWB  
Debtor Name: DAVID P. MATICHAK  
Claims Bar Date: 1/10/2014  

Date: November 17, 2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Peter N. Metrou<br>123 W. Washington St., Ste 216<br>Oswego, IL 60543 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $24,682.00 | $24,682.00 |
| 100 2200 | Peter N. Metrou<br>123 W. Washington St., Ste 216<br>Oswego, IL 60543 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $226.64 | $226.64 |
| 100 3210 | Horwitz, Horwitz, and Associates, Ltd.<br>25 E. Washington Street<br>Suite 900<br>Chicago, IL 60602 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $301,666.66 | $301,666.66 |
| 100 3220 | Horwitz, Horwitz, and Associates, Ltd.<br>25 E. Washington Street<br>Suite 900<br>Chicago, IL 60602 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $91,655.61 | $91,655.61 |
| 1 300 7100 | CREDITORS DISCOUNT & AUDIT<br>P O BOX 213<br>STREATOR, IL 61364 | Unsecured<br>Payment Status:<br>Valid To Pay | | $1,440.00 | $2,696.12 | $2,696.12 |
| 2 300 7100 | CREDITORS DISCOUNT & AUDIT<br>P O BOX 213<br>STREATOR, IL 61364 | Unsecured<br>Payment Status:<br>Valid To Pay | | $674.00 | $2,789.52 | $2,789.52 |
| 3 300 7100 | NORTHERN ILLINOIS STEEL SUPPLY CO.<br>P.O. BOX 2146<br>JOLIET, IL 60434-2146 | Unsecured<br>Payment Status:<br>Valid To Pay | | $2,438.45 | $2,438.45 | $2,438.45 |
| 4 300 7100 | CREDITORS DISCOUNT & AUDIT<br>P O BOX 213<br>STREATOR, IL 61364 | Unsecured<br>Payment Status:<br>Valid To Pay | | $148.84 | $991.52 | $991.52 |
| 1 - Interest 320 7100 | CREDITORS DISCOUNT & AUDIT<br>P O BOX 213<br>STREATOR, IL 61364 | Unsecured<br>Payment Status:<br>Valid To Pay | Interest portion of Claim No. 1. | $0.00 | $0.00 | $42.94 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:10-41069-BWB  
Debtor Name: DAVID P. MATICHAK  
Claims Bar Date: 1/10/2014  

Date: November 17, 2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 2 - Interest 320 7100 | CREDITORS DISCOUNT & AUDIT<br>P O BOX 213<br>STREATOR, IL 61364 | Unsecured<br>Payment Status:<br>Valid To Pay | Interest portion of Claim No. 2. | $0.00 | $0.00 | $44.43 |
| 3 - Interest 320 7100 | NORTHERN ILLINOIS STEEL SUPPLY CO.<br>P.O. BOX 2146<br>JOLIET, IL 60434-2146 | Unsecured<br>Payment Status:<br>Valid To Pay | Interest portion of Claim No. 3. | $0.00 | $0.00 | $38.84 |
| 4 - Interest 320 7100 | CREDITORS DISCOUNT & AUDIT<br>P O BOX 213<br>STREATOR, IL 61364 | Unsecured<br>Payment Status:<br>Valid To Pay | Interest portion of Claim No. 4. | $0.00 | $0.00 | $15.79 |
| | Case Totals | | | $4,701.29 | $427,146.52 | $427,288.52 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-41069
Case Name: DAVID P. MATICHAK
DIANE E. MATICHAK
Trustee Name: Peter N. Metrou, Trustee

Balance on hand $ 495,326.17

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Peter N. Metrou | $ 24,682.00 | $ 0.00 | $ 24,682.00 |
| Trustee Expenses: Peter N. Metrou | $ 226.64 | $ 0.00 | $ 226.64 |
| Attorney for Trustee Fees: Horwitz, Horwitz, and Associates, Ltd. | $ 301,666.66 | $ 301,666.66 | $ 0.00 |
| Attorney for Trustee Expenses: Horwitz, Horwitz, and Associates, Ltd. | $ 91,655.61 | $ 91,655.61 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses $ 24,908.64

Remaining Balance $ 470,417.53

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 9,057.61 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | CREDITORS DISCOUNT & AUDIT | $ 2,696.12 | $ 0.00 | $ 2,696.12 |
| 2 | CREDITORS DISCOUNT & AUDIT | $ 2,789.52 | $ 0.00 | $ 2,789.52 |
| 3 | NORTHERN ILLINOIS STEEL SUPPLY CO. | $ 2,438.45 | $ 0.00 | $ 2,438.45 |
| 4 | CREDITORS DISCOUNT & AUDIT | $ 991.52 | $ 0.00 | $ 991.52 |
| 1 - Interest | CREDITORS DISCOUNT & AUDIT | $ 42.94 | $ 0.00 | $ 42.94 |
| 2 - Interest | CREDITORS DISCOUNT & AUDIT | $ 44.43 | $ 0.00 | $ 44.43 |
| 3 - Interest | NORTHERN ILLINOIS STEEL SUPPLY CO. | $ 38.84 | $ 0.00 | $ 38.84 |
| 4 - Interest | CREDITORS DISCOUNT & AUDIT | $ 15.79 | $ 0.00 | $ 15.79 |

Total to be paid to timely general unsecured creditors    $        9,057.61

Remaining Balance    $      461,359.92

      Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

      Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

      The amount of surplus returned to the debtor after payment of all claims and interest is $ 461,359.92 .