## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.   10-41069 |
| | ) | |
| DAVID P. MATICHAK and | ) | CHAPTER 7 |
| DIANE E. MATICHAK, | ) | |
| Debtor(s). | ) | JUDGE BRUCE W. BLACK |
| | ) | (Joliet) |

### NOTICE OF MOTION

To:    See Attached Service List

### TRUSTEE'S CERTIFICATE OF SERVICE FOR
### NOTICE OF TRUSTEE'S FINAL REPORT

### PROOF OF SERVICE

    I, the undersigned attorney, certify that I served a copy of this Notice and attached Motion upon the person(s) listed above by mailing the same in a properly addressed envelope, postage prepaid, and placed in a U.S. depository in Oswego, Illinois on the 18th day of November, 2016, unless a copy was served electronically which occurs automatically upon the filing of the aforesaid document with the Bankruptcy Clerk of the Court.

                                    */s/ Peter N. Metrou*
                                    **Bankruptcy Trustee**

Prepared by:
**PETER N. METROU**
Metrou & Associates, P.C.
123 W. Washington St., Ste. 216
Oswego, Illinois 60543
(630) 551-7171

## SERVICE LIST

| | | |
|---|---|---|
| (p)ALLIED INTERNATIONAL CREDIT CORP US<br>6800 PARAGON PLACE<br>SUITE 400<br>RICHMOND VA 23230-1654 | (p)HSBC BANK<br>ATTN BANKRUPTCY DEPARTMENT<br>PO BOX 5213<br>CAROL STREAM IL 60197-5213 | ABC Credit And Recovery<br>4736 Main Street - #4<br>Lisle, IL 60532-1753 |
| Allied Interstate<br>3000 Corporate Exchange Drive<br>Columbus, OH 43231-7684 | Ameritox<br>P. O. Box 201826<br>Dallas, TX 75320-1826 | Arrow Financial Services<br>5996 West Touhy Avenue<br>Niles, IL 60714-4610 |
| ATG Credit, LLC<br>P. O. Box 14895<br>Chicago, IL 60614-8542 | Belford Law Offices<br>54 N Ottawa St Ste 360<br>Joliet, IL 60432-4416 | Beneficial/HFC<br>P. O. Box 3425<br>Buffalo, NY 14240-3425 |
| BIofeedback Family Therapy<br>4300 Commerce Ct - #330<br>Lisle, IL 60532-3709 | Blatt, Hasenmiller, Leibsker & Moore LLC<br>125 S. Wacker Drive, #400<br>Chicago, IL 60606-4440 | CAB Services, Inc.<br>60 Barney Drive<br>Joliet, IL 60435-6402 |
| CBA Collection Bureau<br>25954 Eden Landing Road<br>Hayward, CA 94545-3837 | CBCS<br>P. O. Box 163250<br>Columbus, OH 43216-3250 | Certegy Payment Recovery Services, Inc.<br>22601 Roosevelt Blvd<br>St. Petersburg, FL 33716 |
| Chase Home Finance<br>c/o Codilis and Associates<br>15W030 North Frontage Road<br>Suite 100<br>Burr Ridge, IL 60527-6921 | Chase Manhattan Mortgage<br>1790 Rancho Bernardo Road<br>San Diego, CA 92127 | Chicago Crane<br>P. O. Box 982<br>Frankfort, IL 60423-0982 |
| Citizens<br>P. O. Box 42021<br>Providence, RI 02940-2021 | Citizens CAF<br>480 Jefferson Blvd<br>Warwick, RI 02886-1359 | City Of Joliet<br>150 West Jefferson Street<br>Joliet, IL 60432-4158 |
| Clinical Associates<br>330 N. Madison St., Ste 202<br>Joliet, IL 60435-5683 | Codilis & Associates, P.C.<br>15 W 030 North Frontage Rd, Ste 100<br>Burr Ridge, IL 60527 | Collection Professionals<br>723 First Street<br>LaSalle, IL 61301-2535 |
| Commercial Recovery Systems, Inc.<br>P. O. Box 570909<br>Dallas, TX 75357-0909 | Creditors Collection Bureau<br>P. O. Box 63<br>Kankakee, IL 60901-0063 | Creditors Discount & Audit<br>P O Box 213<br>Streator, IL 61364-0213 |
| Creditors Discount & Audit Co.<br>415 E. Main St.<br>Streator, IL 61364-2927 | David P. Matichak<br>1212 Woodland Court<br>Joliet, IL 60436-1926 | Diversified Consultants, Inc.<br>P. O. Box 1022<br>Wixom, MI 48393-1022 |

| | | |
|---|---|---|
| Dr. Soo K. Lee<br>210 North Hammes Ave<br>Joliet, IL 60435-6658 | DSNB Macy's<br>9111 Duke Blvd<br>Mason, OH 45040-8999 | DuPage Medical Group<br>1860 Paysphere Circle<br>Chicago, IL 60674-0018 |
| EM Strategies, Ltd.<br>P. O. Box 366<br>Hinsdale, IL 60522-0366 | ENT Surgical<br>2201 Glenwood Ave<br>Joliet, IL 60435-5660 | GC Service Limited Partnership<br>6330 Gulfton<br>Houston, TX 77081-1198 |
| Hilti, Inc.<br>P. O. Box 1<br>Elwood, IL 60421-0001 | ICS Collection<br>P. O. Box 1010<br>Tinley Park, IL 60477-9110 | Illinois Collection Service<br>P. O. Box 1010<br>Tinley Park, IL 60477-9110 |
| Illinois Tollway<br>P. O. Box 5201<br>Lisle, IL 60532-5201 | Joliet Fire Dept<br>101 E. Clinton<br>Joliet, IL 60432-4137 | Joliet Women's Health Center<br>210 N. Hammes Ave<br>Joliet, IL 60435-6680 |
| KCA Financial Service<br>P. O. Box 53<br>Geneva, IL 60134-0053 | Lisle Police Dept<br>5040 Lincoln Ave<br>Lisle, IL 60532-2117 | Matichak David P<br>1212 Woodland Court<br>Joliet, IL 60436-1926 |
| Medical Business Bureau, LLC<br>1460 Renaissance D - Ste 400<br>Park Ridge, IL 60068-1349 | Michael R Richmond<br>Heller & Richmond Ltd<br>33 N Dearborn  Suite 1907<br>Chicago, IL 60602-3828 | Midstate Collection Solutions<br>P. O. Box 3292<br>Champaign, IL  61826-3292 |
| Midwest Orthopaedics At Rush<br>1 Westbrook Corporate Center, Ste 240<br>Westchester, IL 60154-5745 | New Lenox Fire Protection Dist<br>201 Church Street<br>New Lenox, IL 60451-1856 | Northern Illinois Steel<br>P. O. Box 2146<br>Joliet, IL 60434-2146 |
| NW Collector<br>3601 Algonquin Rd - Ste 232<br>Rolling Meadows, IL 60008-3143 | Obrien, Paul<br>70 McDonald Avenue<br>Joliet, IL 60431-7958 | Provena St. Joseph Medical Center<br>333 North Madison Street<br>Joliet, IL 60435-8233 |
| Redline Recovery Services<br>2350 N. Forest Rd, Ste 31B<br>Getzville, NY 14068-1398 | Renaissance Recovery Services, Inc.<br>P. O. Box 1095<br>Park Ridge, IL 60068-7095 | Rezin Orthopedic Centers<br>104 West 6th<br>Streator, IL 61364-2899 |
| Schuff Steel Company<br>c/o Franco & Moroney, LLC<br>500 W. Madison<br>Suite 2440<br>Chicago, IL 60661-2573 | Scott L. Belford<br>54 North Ottawa Street - Suite 360<br>Joliet, IL 60432-4416 | Silver Cross Hospital<br>1200 Maple Rd<br>Joliet, IL 60432-1497 |

| | | |
|---|---|---|
| T Mobil<br>P. O. Box 742596<br>Cincinnati, OH  45274-2596 | Thomas N Auwers<br>Heller & Richmond Ltd<br>33 N Dearborn St Suite 1600<br>Chicago, IL 60602-3828 | Trident Asset.Com<br>5755 North Point Parkway<br>Alpharetta, GA 30022-1136 |
| Tyler Lift<br>P. O. Box 1<br>Elwood, IL 60421-0001 | U.S. Dept Of Ed - Direct Loans<br>P. O. Box 5609<br>Greenville, TX 75403-5609 | West Asset Management<br>P. O. Box 790113<br>St. Louis, MO 63179-0113 |
| Will County States Attorney<br>P. O. Box 800<br>Joliet, IL 60434-0800 | | |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: § | |
| § | |
| DAVID P. MATICHAK § | Case No. 10-41069 |
| DIANE E. MATICHAK § | |
| § | |
| Debtors § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Peter N. Metrou, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:00 AM on 12/23/2016 in
Joliet City Hall
150 West Jefferson, 2nd Floor
Joliet, IL 60432

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 11/18/2016                By: /s/ Peter N. Metrou
                                          Chapter 7 Trustee

*Peter N. Metrou, Trustee*
*123 W. Washington St.*
*Suite 216*
*Oswego, IL 60543*

# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
§
DAVID P. MATICHAK § Case No. 10-41069
DIANE E. MATICHAK §
§
§
Debtors §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 905,000.00 |
| and approved disbursements of | $ | 409,673.83 |
| leaving a balance on hand of[1] | $ | 495,326.17 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Peter N. Metrou | $ 25,981.06 | $ 0.00 | $ 24,682.00 |
| Trustee Expenses: Peter N. Metrou | $ 226.64 | $ 0.00 | $ 226.64 |
| Attorney for Trustee Fees: Horwitz, Horwitz, and Associates, Ltd. | $ 301,666.66 | $ 301,666.66 | $ 0.00 |
| Attorney for Trustee Expenses: Horwitz, Horwitz, and Associates, Ltd. | $ 91,655.61 | $ 91,655.61 | $ 0.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 24,908.64 |
| Remaining Balance | $ 470,417.53 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 9,057.61  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  100.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | CREDITORS DISCOUNT & AUDIT | $ 2,696.12 | $ 0.00 | $ 2,696.12 |
| 2 | CREDITORS DISCOUNT & AUDIT | $ 2,789.52 | $ 0.00 | $ 2,789.52 |
| 3 | NORTHERN ILLINOIS STEEL SUPPLY CO. | $ 2,438.45 | $ 0.00 | $ 2,438.45 |
| 4 | CREDITORS DISCOUNT & AUDIT | $ 991.52 | $ 0.00 | $ 991.52 |
| 1 - Interest | CREDITORS DISCOUNT & AUDIT | $ 42.94 | $ 0.00 | $ 42.94 |
| 2 - Interest | CREDITORS DISCOUNT & AUDIT | $ 44.43 | $ 0.00 | $ 44.43 |
| 3 - Interest | NORTHERN ILLINOIS STEEL SUPPLY CO. | $ 38.84 | $ 0.00 | $ 38.84 |
| 4 - Interest | CREDITORS DISCOUNT & AUDIT | $ 15.79 | $ 0.00 | $ 15.79 |

| | | |
|---|---|---|
| Total to be paid to timely general unsecured creditors | $ | 9,057.61 |
| Remaining Balance | $ | 461,359.92 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

The amount of surplus returned to the debtor after payment of all claims and interest is $ 461,359.92 .

Prepared By: /s/ Peter N. Metrou
Chapter 7 Trustee

*Peter N. Metrou, Trustee*
*123 W. Washington St.*
*Suite 216*
*Oswego, IL 60543*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.