# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| DAVID P. MATICHAK | § | Case No. 10-41069 |
| DIANE E. MATICHAK | § | |
| | § | |
| | § | |
| Debtors | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 204,200.00 *(Without deducting any secured claims)* | Assets Exempt: 28,100.00 |
| Total Distributions to Claimants: 9,057.61 | Claims Discharged Without Payment: 343,684.46 |
| Total Expenses of Administration: 419,582.47 | |

3) Total gross receipts of $ 905,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 476,359.92  (see **Exhibit 2**), yielded net receipts of $ 428,640.08  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 277,124.75 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 444,264.47 | 444,264.47 | 419,582.47 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 67,470.20 | 12,706.41 | 12,848.41 | 9,057.61 |
| **TOTAL DISBURSEMENTS** | $ 344,594.95 | $ 456,970.88 | $ 457,112.88 | $ 428,640.08 |

4) This case was originally filed under chapter 7 on 09/14/2010. The case was pending for 81 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  05/01/2017                By:/s/Peter N. Metrou, Trustee
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Pending PI case | 1242-000 | 905,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 905,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| David P. Matichak | Exemptions | 8100-002 | 15,000.00 |
| DAVID P. MATICHAK and DIANE E. MATICHAK | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 461,359.92 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 476,359.92** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Codilis & Associates, P.C. 15 W 030 North Frontage Rd, Ste 100 Burr Ridge, IL 60527 | | 277,124.75 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 277,124.75** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Peter N. Metrou | 2100-000 | NA | 49,364.00 | 49,364.00 | 24,682.00 |
| Peter N. Metrou | 2200-000 | NA | 226.64 | 226.64 | 226.64 |
| Associated Bank | 2600-000 | NA | 1,351.56 | 1,351.56 | 1,351.56 |
| Horwitz, Horwitz, and Associates, Ltd. | 3210-000 | NA | 301,666.66 | 301,666.66 | 301,666.66 |
| Horwitz, Horwitz, and Associates, Ltd. | 3220-000 | NA | 91,655.61 | 91,655.61 | 91,655.61 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 444,264.47 | $ 444,264.47 | $ 419,582.47 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ABC Credit And Recovery 4736 Main Street - #4 Lisle, IL  60532 | | 700.00 | NA | NA | 0.00 |
| | Ameritox P. O. Box 201826 Dallas, TX  75320 | | 50.67 | NA | NA | 0.00 |
| | Arrow Financial Services 5996 West Touhy Avenue Niles, IL  60714 | | 7,392.00 | NA | NA | 0.00 |
| | ATG Credit, LLC P. O. Box 14895 Chicago, IL  60614-4895 | | 4,374.15 | NA | NA | 0.00 |
| | Beneficial/HFC P. O. Box 3425 Buffalo, NY  14240 | | 15,160.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Blatt, Hasenmiller, Leibsker & Moore LLC 125 S. Wacker Drive, #400 Chicago, IL 60606-4440 | | 2,700.00 | NA | NA | 0.00 |
| | CAB Services, Inc. 60 Barney Drive Joliet, IL 60435-6402 | | 70.00 | NA | NA | 0.00 |
| | CBA Collection Bureau 25954 Eden Landing Road Hayward, CA 94545 | | 408.00 | NA | NA | 0.00 |
| | CBCS P. O. Box 163250 Columbus, OH 43216 | | 127.00 | NA | NA | 0.00 |
| | Chicago Crane P. O. Box 982 Frankfort, IL 60423 | | 1,400.00 | NA | NA | 0.00 |
| | Citizens CAF 480 Jefferson Blvd Warwick, RI 02886 | | 310.00 | NA | NA | 0.00 |
| | Citizens P. O. Box 42021 Providence, RI 02904 | | 3,796.90 | NA | NA | 0.00 |
| | Clinical Associates 330 N. Madison St., Ste 202 Joliet, IL 60435 | | 618.60 | NA | NA | 0.00 |
| | Collection Professionals 723 First Street LaSalle, IL 61301-2535 | | 84.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditors Collection Bureau P. O. Box 63 Kankakee, IL 60901 | | 1,875.00 | NA | NA | 0.00 |
| | Diversified Consultants, Inc. P. O. Box 1022 Wixom, MI 48393 | | 2,489.36 | NA | NA | 0.00 |
| | Dr. Soo K. Lee 210 North Hammes Ave Joliet, IL 60435 | | 203.00 | NA | NA | 0.00 |
| | DSNB Macy's 9111 Duke Blvd Mason, OH 45040 | | 435.00 | NA | NA | 0.00 |
| | DuPage Medical Group 1860 Paysphere Circle Chicago, IL 60674 | | 892.00 | NA | NA | 0.00 |
| | ENT Surgical 2201 Glenwood Ave Joliet, IL 60435 | | 79.60 | NA | NA | 0.00 |
| | GC Service Limited Partnership 6330 Gulfton Houston, TX 77081 | | 5,267.70 | NA | NA | 0.00 |
| | Hilti, Inc. P. O. Box 1 Elwood, IL 60421 | | 1,551.00 | NA | NA | 0.00 |
| | HSBC/Rhode P. O. Box 15524 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ICS Collection P. O. Box 1010 Tinley Park, IL  60477 | | 37.80 | NA | NA | 0.00 |
| | Illinois Collection Service P. O. Box 1010 Tinley Park, IL  60477 | | 125.00 | NA | NA | 0.00 |
| | KCA Financial Service P. O. Box 53 Geneva, IL  60134-0053 | | 499.99 | NA | NA | 0.00 |
| | Medical Business Bureau, LLC 1460 Renaissance D - Ste 400 Park Ridge, IL  60068 | | 284.00 | NA | NA | 0.00 |
| | Midstate Collection Solutions P. O. Box 3292 Champaign, IL  61826-3292 | | 66.00 | NA | NA | 0.00 |
| | Midwest Orthopaedics At Rush 1 Westbrook Corporate Center, Ste 240 Westchester, IL  60154 | | 467.60 | NA | NA | 0.00 |
| | Obrien, Paul 70 McDonald Avenue Joliet, IL  60431 | | 670.00 | NA | NA | 0.00 |
| | Provena St. Joseph Medical Center 333 North Madison Street Joliet, IL  60435-6595 | | 1,077.79 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | T Mobil P. O. Box 742596 Cincinnati, OH  45274-2596 |  | 466.00 | NA | NA | 0.00 |
|  | Trident Asset.Com 5755 North Point Parkway Alpharetta, GA  30022 |  | 154.00 | NA | NA | 0.00 |
|  | Tyler Lift P. O. Box 1 Elwood, IL  60421 |  | 1,006.25 | NA | NA | 0.00 |
|  | U.S. Dept Of Ed - Direct Loans P. O. Box 5609 Greenville, TX  75403 |  | 7,390.00 | NA | NA | 0.00 |
|  | West Asset Management P. O. Box 790113 St. Louis, MO 63179 |  | 78.00 | NA | NA | 0.00 |
|  | Will County States Attorney P. O. Box 800 Joliet, IL 60432 |  | 462.50 | NA | NA | 0.00 |
|  | CLERK OF THE BANKRUPTCY COURT | 7100-000 | NA | 3,790.80 | 3,790.80 | 3,790.80 |
| 1 | CREDITORS DISCOUNT & AUDIT | 7100-000 | 1,440.00 | 2,696.12 | 2,696.12 | 0.00 |
| 1 - Interest | CREDITORS DISCOUNT & AUDIT | 7100-000 | NA | 0.00 | 42.94 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | CREDITORS DISCOUNT & AUDIT | 7100-000 | 674.00 | 2,789.52 | 2,789.52 | 2,789.52 |
| 2 - Interest | CREDITORS DISCOUNT & AUDIT | 7100-000 | NA | 0.00 | 44.43 | 0.00 |
| 4 | CREDITORS DISCOUNT & AUDIT | 7100-000 | 148.84 | 991.52 | 991.52 | 0.00 |
| 4 - Interest | CREDITORS DISCOUNT & AUDIT | 7100-000 | NA | 0.00 | 15.79 | 0.00 |
| 3 | NORTHERN ILLINOIS STEEL SUPPLY CO. | 7100-000 | 2,438.45 | 2,438.45 | 2,438.45 | 2,438.45 |
| 3 - Interest | NORTHERN ILLINOIS STEEL SUPPLY CO. | 7100-000 | NA | 0.00 | 38.84 | 38.84 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 67,470.20 | $ 12,706.41 | $ 12,848.41 | $ 9,057.61 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 10-41069 | BWB | Judge: | Bruce W. Black | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | DAVID P. MATICHAK | | | | Date Filed (f) or Converted (c): | 09/14/2010 (f) |
| | DIANE E. MATICHAK | | | | 341(a) Meeting Date: | 09/26/2013 |
| For Period Ending: | 05/02/2017 | | | | Claims Bar Date: | 01/10/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single-Family home located at 1212 Woodland Court, | 198,000.00 | 0.00 | | 0.00 | FA |
| 2. Used furniture located at 1212 Woodland Court, Jol | 400.00 | 0.00 | | 0.00 | FA |
| 3. Used clothing located at 1212 Woodland Court, Joli | 400.00 | 0.00 | | 0.00 | FA |
| 4. Illinois Workers Compensation Cause No. 10 WC 0343 | 7,500.00 | 0.00 | | 0.00 | FA |
| 5. 1999 Dodge Dakota regularly parked at 1212 Woodlan | 0.00 | 0.00 | | 0.00 | FA |
| 6. 2000 Lexus RX 300 regularly parked at 1212 Woodlan | 5,000.00 | 0.00 | | 0.00 | FA |
| 7. 2003 Ford F45 Utility Truck regularly parked at 12 | 6,000.00 | 0.00 | | 0.00 | FA |
| 8. Pending PI case        (u) | Unknown | Unknown | | 905,000.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $217,300.00 | $0.00 | | $905,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Case re-opened solely for purpose of administering Personal injury Case. Asset Notice filed 10-09-13. Personal injury case pending with special counsel employed 10-15-2013. Settlement entered 7-29-2016. Claims review in progress. TFR filed 12-23-2016. Disbursed funds 1-3-2017.

Initial Projected Date of Final Report (TFR): 12/31/2014       Current Projected Date of Final Report (TFR): 12/23/2016

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-41069 | Trustee Name: | Peter N. Metrou, Trustee |
| Case Name: | DAVID P. MATICHAK | Bank Name: | Associated Bank |
| | DIANE E. MATICHAK | Account Number/CD#: | XXXXXX5595 |
| | | | Checking Account (Non-Interest Earn |
| Taxpayer ID No: | XX-XXX3603 | Blanket Bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 05/02/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/26/16 | 8 | Horwitz, Horwitz & Associates, Ltd. 25 East Washington Street, Ste 900 Chicago, IL 60602 | Proceeds from PI Case Settlement proceeds per court approval | 1242-000 | $135,000.00 | | $135,000.00 |
| 08/26/16 | 8 | Gallagher Bassett Services, Inc. One Penns Way New Castle, DE 19720 | Proceeds from PI Case Proceeds on PI settlement per court approval | 1142-000 | $25,000.00 | | $160,000.00 |
| 08/26/16 | 8 | Gallagher Bassett Services, Inc. One Penns Way New Castle, DE 19720 | Proceeds from PI Case Settlement proceeds on PI case approved by court | 1242-000 | $745,000.00 | | $905,000.00 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $86.78 | $904,913.22 |
| 09/21/16 | 8 | Gallagher Bassett Services, Inc. | Replacement check for settlement Replacement check for 0126654821 stopped payment by issuer | 1242-000 | $25,000.00 | | $929,913.22 |
| 09/21/16 | 8 | Gallagher Bassett Services, Inc. One Penns Way New Castle, DE 19720 | Proceeds from PI Case Reversal Issuer stopped payment -- to re-issue new check | 1142-000 | ($25,000.00) | | $904,913.22 |
| 09/21/16 | 5001 | Horwitz, Horwitz, and Associates, Ltd. 25 E. Washington Street Suite 900 Chicago, IL 60602 | Attorneys fees Paid per doc # 67 | 3210-000 | | $301,666.66 | $603,246.56 |
| 09/21/16 | 5002 | Horwitz, Horwitz, and Associates, Ltd. 25 E. Washington Street Suite 900 Chicago, IL 60602 | Attorneys Expenses Paid per doc # 67 Court Order | 3220-000 | | $91,655.61 | $511,590.95 |
| 09/21/16 | 5003 | David P. Matichak 1212 Woodland Court Joliet, IL 60436 | Debtor's Exemptions Personal Injury Exemption as amended by Debtor | 8100-002 | | $15,000.00 | $496,590.95 |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,264.78 | $495,326.17 |
| 01/03/17 | 5004 | Peter N. Metrou 123 W. Washington St., Ste 216 Oswego, IL 60543 | Distribution | | | $24,908.64 | $470,417.53 |

Page Subtotals: $905,000.00  $434,582.47

UST Form 101-7-TDR (10/1/2010) (Page: 12)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 10-41069  
Case Name: DAVID P. MATICHAK  
DIANE E. MATICHAK  
Taxpayer ID No: XX-XXX3603  
For Period Ending: 05/02/2017  

Trustee Name: Peter N. Metrou, Trustee  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX5595  
Checking Account (Non-Interest Earn  
Blanket Bond (per case limit): $1,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Peter N. Metrou | Final distribution representing a payment of 100.00 % per court order. | ($24,682.00) 2100-000 | | | |
| | | Peter N. Metrou | Final distribution representing a payment of 100.00 % per court order. | ($226.64) 2200-000 | | | |
| 01/03/17 | 5005 | CREDITORS DISCOUNT & AUDIT P O BOX 213 STREATOR, IL 61364 | Final distribution to claim 1 representing a payment of 100.00 % per court order. | 7100-000 | | $2,696.12 | $467,721.41 |
| 01/03/17 | 5006 | CREDITORS DISCOUNT & AUDIT P O BOX 213 STREATOR, IL 61364 | Final distribution to claim 2 representing a payment of 100.00 % per court order. | 7100-000 | | $2,789.52 | $464,931.89 |
| 01/03/17 | 5007 | NORTHERN ILLINOIS STEEL SUPPLY CO. P.O. BOX 2146 JOLIET, IL 60434-2146 | Final distribution to claim 3 representing a payment of 100.00 % per court order. | 7100-000 | | $2,438.45 | $462,493.44 |
| 01/03/17 | 5008 | CREDITORS DISCOUNT & AUDIT P O BOX 213 STREATOR, IL 61364 | Final distribution to claim 4 representing a payment of 100.00 % per court order. | 7100-000 | | $991.52 | $461,501.92 |
| 01/03/17 | 5009 | CREDITORS DISCOUNT & AUDIT P O BOX 213 STREATOR, IL 61364 | Final distribution to claim 1 representing a payment of 100.00 % per court order. | 7100-000 | | $42.94 | $461,458.98 |
| 01/03/17 | 5010 | CREDITORS DISCOUNT & AUDIT P O BOX 213 STREATOR, IL 61364 | Final distribution to claim 2 representing a payment of 100.00 % per court order. | 7100-000 | | $44.43 | $461,414.55 |
| 01/03/17 | 5011 | NORTHERN ILLINOIS STEEL SUPPLY CO. P.O. BOX 2146 JOLIET, IL 60434-2146 | Final distribution to claim 3 representing a payment of 100.00 % per court order. | 7100-000 | | $38.84 | $461,375.71 |
| 01/03/17 | 5012 | CREDITORS DISCOUNT & AUDIT P O BOX 213 STREATOR, IL 61364 | Final distribution to claim 4 representing a payment of 100.00 % per court order. | 7100-000 | | $15.79 | $461,359.92 |
| 01/03/17 | 5013 | DAVID P. MATICHAK and DIANE E. MATICHAK | Distribution of surplus funds to debtor. | 8200-002 | | $461,359.92 | $0.00 |

Page Subtotals: $0.00    $470,417.53

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-41069 | Trustee Name: | Peter N. Metrou, Trustee |
| Case Name: | DAVID P. MATICHAK | Bank Name: | Associated Bank |
| | DIANE E. MATICHAK | Account Number/CD#: | XXXXXX5595 |
| | | | Checking Account (Non-Interest Earn |
| Taxpayer ID No: | XX-XXX3603 | Blanket Bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 05/02/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/10/17 | 5005 | CREDITORS DISCOUNT & AUDIT<br>P O BOX 213<br>STREATOR, IL 61364 | Final distribution to claim 1 representing a payment of 100.00 % per court order. Reversal | 7100-000 | | ($2,696.12) | $2,696.12 |
| 04/10/17 | 5008 | CREDITORS DISCOUNT & AUDIT<br>P O BOX 213<br>STREATOR, IL 61364 | Final distribution to claim 4 representing a payment of 100.00 % per court order. Reversal | 7100-000 | | ($991.52) | $3,687.64 |
| 04/10/17 | 5009 | CREDITORS DISCOUNT & AUDIT<br>P O BOX 213<br>STREATOR, IL 61364 | Final distribution to claim 1 representing a payment of 100.00 % per court order. Reversal | 7100-000 | | ($42.94) | $3,730.58 |
| 04/10/17 | 5010 | CREDITORS DISCOUNT & AUDIT<br>P O BOX 213<br>STREATOR, IL 61364 | Final distribution to claim 2 representing a payment of 100.00 % per court order. Reversal | 7100-000 | | ($44.43) | $3,775.01 |
| 04/10/17 | 5012 | CREDITORS DISCOUNT & AUDIT<br>P O BOX 213<br>STREATOR, IL 61364 | Final distribution to claim 4 representing a payment of 100.00 % per court order. Reversal | 7100-000 | | ($15.79) | $3,790.80 |
| 04/12/17 | 5014 | CLERK OF THE BANKRUPTCY COURT<br>219 S. Dearborn<br>Chicago, IL  60604 | Unclaimed Funds<br>Checks nos. 5005, 5008, 5009, 5010, 5012 not cashed within 90 days. | 7100-000 | | $3,790.80 | $0.00 |

| | COLUMN TOTALS | $905,000.00 | $905,000.00 |
| | Less: Bank Transfers/CD's | $0.00 | $0.00 |
| | Subtotal | $905,000.00 | $905,000.00 |
| | Less: Payments to Debtors | $0.00 | $476,359.92 |
| | Net | $905,000.00 | $428,640.08 |

Page Subtotals:                                                                                                                                        $0.00                   $0.00

UST Form 101-7-TDR (10/1/2010)  (Page: 14)

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5595 - Checking Account (Non-Interest Earn | $905,000.00 | $428,640.08 | $0.00 |
| | $905,000.00 | $428,640.08 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $905,000.00 |
| Total Gross Receipts: | $905,000.00 |

Page Subtotals:     $0.00     $0.00

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*